IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JENNIFER SUGG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 14-cv-1166-CJP[1] |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Agreed Motion to Remand to the Commissioner. **(Doc. 15)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 9.

The parties stipulate that, on remand, plaintiff will be given the opportunity for a hearing and to submit additional evidence and arguments.  They also agree that an ALJ will do the following:

(1) further evaluate the medical source opinions of record, specifically considering the opinions of Dr. Tin;

(2) further evaluate Plaintiff's residual functional capacity;

(3) further evaluate whether Plaintiff meets or equals a Listing;

(4) further evaluate the credibility of Plaintiff's subjective complaints;

(5) further evaluate Plaintiff's ability to perform other jobs that exist in the national economy, obtaining vocational expert testimony;

(6) reevaluate the medical and other opinions of record, articulating the weight assigned and the reasons for the weight; and

(7) issue a new decision.

For good cause shown, the parties' Agreed Motion to Remand **(Doc. 15)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Jennifer L. Sugg's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

DATED:  February 25, 2015.

s/ Clifford J. Proud  
**CLIFFORD J. PROUD**  
**UNITED STATES MAGISTRATE JUDGE**